IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH BOND,

    Petitioner,

v.                              5:13cv274-WS/EMT

SECRETARY OF DEPT. OF
CORRECTIONS,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed July 3, 2014.  See Doc. 25.  The magistrate judge recommends that the petitioner's amended petition for writ of habeas corpus be dismissed for lack of jurisdiction.  The petitioner has filed no objections to the report and recommendation.

This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 25) is hereby

ADOPTED and incorporated by reference into this order.

    2.  The respondent's motion to dismiss (doc. 21) is GRANTED.

    3.  The petitioner's amended petition for writ of habeas corpus (doc. 13) is DISMISSED for lack of jurisdiction.

    3.  The clerk shall enter judgment stating: "All claims against the respondent are dismissed."

    4.  A certificate of appealability shall not issue.

    DONE AND ORDERED this   4th   day of   August  , 2014.

                              s/ William Stafford
                              WILLIAM STAFFORD
                              SENIOR UNITED STATES DISTRICT JUDGE